**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nha KIEM (David) Tran, also known as David Tran, also known as David,**
**Defendant–Appellant.**

No. 03–20108.

United States Court of Appeals, Fifth Circuit.

Aug. 19, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Nha Kiem Tran, a/k/a David Tran, federal prisoner # 48793–079, is appealing the district court's denial of his 18 U.S.C. 3582(c)(2) motion to reduce his sentence based on amendment 640 to the sentencing guidelines.

Amendment 640 to U.S.S.G. § 2D1.1(a)(3) is not listed in U.S.S.G. § 1B1.10(c). Therefore, this amendment may not be applied retroactively to reduce Tran's sentence. *See United States v. Drath,* 89 F.3d 216, 217–18 (5th Cir.1996). Tran has not shown that the court abused its discretion in denying his motion for a modification of sentence. The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

